# EXHIBIT A

Subject of a Motion to File Under Seal (Dkt. No. 51)