UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:20-CV-60638-WPD/SNOW

MADHUKAR BONKURI, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.

GRAND CARIBBEAN CRUISES, INC.

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Please take notice that Defendant Grand Caribbean Cruises, Inc. and Plaintiff Madhukar Bonkuri have reached a settlement of Plaintiff's claims. The parties expect to file all necessary papers within thirty (30) days.

Dated: May 25, 2021

    GREENSPOON MARDER LLP

    */s/ Roy Taub*
    JEFFREY A. BACKMAN, ESQ.
    (Fla. Bar No. 0662501)
    jeffrey.backman@gmlaw.com
    RICHARD W. EPSTEIN, ESQ.
    (Fla. Bar No. 229091)
    richard.epstein@gmlaw.com
    ROY TAUB, ESQ.
    (Fla. Bar No. 116263)
    roy.taub@gmlaw.com
    200 East Broward Blvd., Suite 1800
    Fort Lauderdale, Florida 33301
    954-491-1120 (Telephone)
    954-343-6958 (Facsimile)

    *Attorneys for Defendant*
    *Grand Caribbean Cruises, Inc.*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I have filed the foregoing with the Clerk of Court via CM/ECF on May 25, 2021.  I further certify that any party that enters an appearance in this matter will receive a copy of this document via CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notice of Electronic Filing.

                                                           /s/ Roy Taub
                                                           ROY TAUB