UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MADHUKAR BONKURI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRAND CARIBBEAN CRUISES, INC.,<br><br>Defendants. | Civ. No. 0:20-cv-60638-WPD |

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court on the parties' Joint Stipulation to Dismiss With Prejudice, filed on June 4, 2021. [DE 57] ("Joint Stipulation"). The Court has considered the Joint Stipulation, reviewed the file, and is otherwise advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation [DE 57] is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of June, 2021.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record